# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**180 PROPERTIES, LLC,**<br><br>　　　　Debtor. | Chapter 7<br>Case No. 14-29827 |
| **IRA BODENSTEIN, AS CHAPTER 7 TRUSTEE,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**MENARD, INC.,**<br><br>　　　　Defendant. | Adv. No. 16-00348 |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Whereas plaintiff Ira Bodenstein, chapter 7 trustee (the "Plaintiff") of 180 Properties, LLC (the "Debtor") and defendant Capital One, N.A.[1] (collectively with Plaintiff, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) (made applicable hereto by Federal Rule of Bankruptcy Procedure 7041), hereby stipulate to the dismissal of this adversary proceeding with prejudice, and all causes of action pending therein, with each Party to bear its own fees and costs associated therewith.

---

[1] Capital One, N.A. asserts that Menard, Inc. was improperly named as the defendant in this adversary proceeding and states that, upon information and belief, Capital One, N.A is the proper defendant. Accordingly, Capital One, N.A. submitted its *Answer and Affirmative Defenses to Plaintiff's Complaint to Avoid and Recover Avoidable Transfers* [Dkt. No. 6]. To the extent that this Court deems Capital One, N.A. to not be the proper party, this *Agreed Stipulation of Dismissal with Prejudice* is entered into between Plaintiff and Menard, Inc.

{10992-001 PLD A0456782.DOCX}

| | |
|---|---|
| Ira Bodenstein, chapter 7 trustee (the "Plaintiff") of 180 Properties, LLC | Capital One, N.A. |
| */s/ Christina M. Sanfelippo* | */s/ Eric Flynn* |
| Christina M. Sanfelippo<br>Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark, Suite 800<br>Chicago, Illinois  60654<br>(312) 541-0151<br>csanfelippo@shawfishman.com | Eric Flynn<br>Attorney for Capital One, N.A.<br>Hunton & Williams LLP<br>1445 Ross Avenue, Ste 3700<br>Dallas, Texas 75202<br>eflynn@hunton.com |

Dated:  December 1, 2016

{10992-001 PLD A0456782.DOCX}

## CERTIFICATE OF SERVICE

I, Christina M. Sanfelippo, an attorney, hereby certify that, on December 1, 2016, I caused a true and correct copy of the foregoing **Agreed Stipulation of Dismissal with Prejudice** to be served by the Court's CM/ECF system to all parties who are eligible to receive service by CM/ECF and by US Mail as indicated.

*/s/ Christina M. Sanfelippo*

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notices for this case.

- Jeremy C Kleinman    jkleinman@fgllp.com, ccarpenter@fgllp.com;mmatlock@fgllp.com
- Christina Sanfelippo    csanfelippo@shawfishman.com, kbobb@shawfishman.com

**Via First Class United States Mail Postage Pre-Paid**

Menard, Inc.
c/o Prentice Hall Corporation, Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703